# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gary E. Pretty Jr.<br>    aka Gary Elgin Pretty, Jr.<br>    aka Gary Pretty, Jr.<br>    aka Gary E. Pretty aka Gary Pretty<br>    Roxanne L. Pretty<br>    aka Roxanne Lenore Pretty<br>    aka Roxanne Pretty<br><br>                     Debtors | BK NO. 19-03840 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-2 and index same on the master mailing list.

                                                  Respectfully submitted,

                                                  **/s/ James C. Warmbrodt, Esquire**
                                                  James C. Warmbrodt, Esquire
                                                  KML Law Group, P.C.
                                                  BNY Mellon Independence Center
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA  19106
                                                  215-627-1322