IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*************************************************************************

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-19-03840 |
| GARY E. PRETTY, JR. and | : | |
| ROXANNE L. PRETTY | : | |
| Debtors. | : | CHAPTER 13 |

*************************************************************************

| | | |
|---|---|---|
| GARY E. PRETTY, JR. and | : | |
| ROXANNE L. PRETTY | : | |
| Movants, | : | |
| vs. | : | |
| FAY SERVICING and | : | |
| CHARLES J DEHART, III, ESQ. | : | |
| Respondents. | : | |

*************************************************************************

## **AFFIDAVIT**

*************************************************************************

We, Gary E. Pretty, Jr. and Roxanne L. Pretty, being first duly sworn according to law, do depose and state the following:

We have previously filed a Chapter 13 Voluntary Petition with the United States Bankruptcy Court for the Middle District of Pennsylvania at Case No. 5-17-01820.

Since the dismissal of my Chapter 13 Bankruptcy case, our monthly income has increased, and we are now in a position to resume making the monthly Trustee payments.

Dated: October 5, 2019　　　　　　　　　　　　/s/Gary E. Pretty, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　GARY E. PRETTY, JR.

Dated: October 5, 2019　　　　　　　　　　　　/s/Roxanne L. Pretty
　　　　　　　　　　　　　　　　　　　　　　　　ROXANNE L. PRETTY