```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                               Case No. 19-03840-RNO
Gary E. Pretty, Jr.                                                  Chapter 13
Roxanne L. Pretty
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: CBoyle              Page 1 of 2              Date Rcvd: Oct 08, 2019
                              Form ID: pdf010           Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 10, 2019.
```
db/jdb         +Gary E. Pretty, Jr.,    Roxanne L. Pretty,    13 Broadway Rd.,    Sweet Valley, PA 18656-2315
5244315        +AAS Debt Recovery, Inc.,    P.O. Box 129,    Monroeville, PA 15146-0129
5244317       ++APRIA HEALTHCARE,    1340 SOUTH HIGHLAND AVENUE,    JACKSON TN 38301-7369
                (address filed with court: Apria Healthcare,    1328 S. Highland Ave.,    Jackson, TN 38301-7369)
5244318        +CFSI,    245 Main St.,    Dickson City, PA 18519-1641
5244321        +Fay Servicing, LLC,    P.O. Box 809441,    Chicago, IL 60680-9441
5244322        +First National Bank of Pennsylvania,    4140 East State St.,    Hermitage, PA 16148-3401
5244323         First Premier Bank,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
5244326        +Geisinger Health System,    100 North Academy Ave.,    Danville, PA 17822-0001
5244327        +KML Law Group, P.C,    Suite 5000, BNY Mellon Independence Ctr.,    701 Market St.,
                 Philadelphia, PA 19106-1538
5244328        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5244329         Liberty Mutual,    P.O. Box 8090,    Wausau, WI 54402-8090
5244331        +Northeastern Rehabilitation Associates,,    5 Morgan Hwy., Suite 4,    Scranton, PA 18508-2641
5244334        +State Collection Service,    P.O. Box 6250,    Madison, WI 53716-0250
5244335        +State Collection Service, Inc.,    2509 S. Stroughton Rd.,    Madison, WI 53716-3314
5244336       #+The Credit Bureau of Wellsboro,    11 Cherry St.,    Wellsboro, PA 16901-1349
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5244316        +E-mail/Text: khaffn@allied-services.org Oct 08 2019 19:06:35     Allied Services,
                 Attn: Kelly Haffner, Collection Coordina,    100 Abington Executive Park,
                 Clarks Summit, PA 18411-2260
5244319        +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 08 2019 19:06:41
                 Credit Collection Service,    725 Canton St.,    Norwood, MA 02062-2679
5244320        +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 08 2019 19:06:41
                 Credit Collection Services,    P.O. Box 607,    Norwood, MA 02062-0607
5244324         E-mail/Text: bankruptcynotification@ftr.com Oct 08 2019 19:06:41     Frontier Communications,
                 Bankruptcy Dept.,    19 John St.,    Middletown, NY 10940
5244330        +E-mail/Text: Bankruptcies@nragroup.com Oct 08 2019 19:06:42      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
5244332        +E-mail/PDF: cbp@onemainfinancial.com Oct 08 2019 19:21:43
                 OneMain Financial Bankruptcy Dept.,    P.O. Box 6042,    Sioux Falls, SD 57117-6042
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5244325*       +Gary E. Pretty, Jr.,    13 Broadway Rd.,    Sweet Valley, PA 18656-2315
5244333*       +Roxanne L. Pretty,    13 Broadway Rd.,    Sweet Valley, PA 18656-2315
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2019 at the address(es) listed below:

        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        James Warmbrodt   on behalf of Creditor   Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-2 bkgroup@kmllawgroup.com
        Tullio DeLuca   on behalf of Debtor 1 Gary E. Pretty, Jr. tullio.deluca@verizon.net
        Tullio DeLuca   on behalf of Debtor 2 Roxanne L. Pretty tullio.deluca@verizon.net
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*************************************************************************

IN RE: : CASE NO. 5-19-03840
GARY E. PRETTY, JR. and :
ROXANNE L. PRETTY :
           Debtors. : CHAPTER 13

*************************************************************************

GARY E. PRETTY, JR. and :
ROXANNE L. PRETTY :
           Movants, :
   vs. :
FAY SERVICING and :
CHARLES J DEHART, III, ESQ. :
           Respondents. :

*************************************************************************

                                    ORDER

*************************************************************************

Upon consideration of Debtors' Motion to Extend the Automatic Stay, it is

**ORDERED**, that the Debtors' Motion to Extend the Automatic Stay is **GRANTED**; and it is further

**ORDERED**, that the automatic stay imposed under 11 U.S.C. Section 362(a) shall extend beyond the thirty days after the filing of said Petition against all creditors with respect to property of the estate, and the Debtor(s) and Debtor(s) property; and it is further

**ORDERED**, that the Debtor(s) request for an Order confirming that the automatic stay continues against property of the estate is granted.

Dated: October 8, 2019              By the Court,

                                             Robert N. Opel, II, Chief Bankruptcy Judge (BI)