Rev. 12/01/17

## LOCAL BANKRUPTCY FORM 2016-2(c)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**
Gary E Pretty and                    :     **CHAPTER 13**
Roxanne L. Pretty                      :
                                          :     **CASE NO.** 5 - 19 -bk- 03840
                                          :
                                          :
            **Debtor(s)**         :

## REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), reimbursement of expenses to be paid through a Chapter 13 plan. Complete **Part B** for payment of compensation and reimbursement of expenses to be allowed under a separate application and Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A. Presumptively reasonable fees under L.B.R. 2016-2(c)** | |
| 1. Amount agreed to by debtor | $ 4,000.00 |
| 2. Less amount paid to attorney outside of plan distributions | $ 1,000.00 |
| 3. Balance of compensation to be paid through plan distributions | $ 3,000.00 |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ |

| | |
|---|---|
| **B. Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a)** | |
| 1. Compensation and expenses to be approved by the Court | $ |
| 2. Less amounts paid to attorney outside of plan distributions | $ |
| 3. Balance of compensation and expenses to be paid through plan distributions | $ 0.00 |

| | |
|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $ 3,000.00 |

Dated: _____1/1/2019_____                           _____
                                                                    Attorney for Debtor