Certificate Number: 15317-PAM-DE-033734908

Bankruptcy Case Number: 19-03840


15317-PAM-DE-033734908

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 21, 2019</u>, at <u>7:14</u> o'clock <u>PM PST</u>, <u>Roxanne Pretty</u> completed a course on personal financial management given <u>by telephone</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>November 21, 2019</u>

By: <u>/s/Marissa Bartolome</u>

Name: <u>Marissa Bartolome</u>

Title: <u>Counselor</u>