UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: GARY E. PRETTY, JR. AKA: GARY PRETTY, GARY E. PRETTY, GARY ELGIN PRETTY, JR., GARY PRETTY, JR.  ROXANNE L. PRETTY AKA: ROXANNE PRETTY, ROXANNE LENORE PRETTY
    Debtor(s)

CHAPTER 13

CASE NO: 5-19-03840-RNO

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

GARY E. PRETTY, JR. AKA: GARY PRETTY, GARY E. PRETTY, GARY ELGIN PRETTY, JR., GARY PRETTY, JR.  ROXANNE L. PRETTY AKA: ROXANNE PRETTY, ROXANNE LENORE PRETTY
    Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on February 20, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on September 10, 2019.

2. A hearing was held and an Order was entered on December 20, 2019 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

    Respectfully submitted,

    s/ Agatha R. McHale, Esq.
    Id: 47613
    Attorney for Trustee
    Charles J. DeHart, III
    Standing Chapter 13 Trustee
    Ste. A, 8125 Adams Drive
    Hummelstown, PA 17036
    Ph. 717-566-6097
    Fax. 717-566-8313
    eMail: amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: GARY E. PRETTY, JR.
AKA: GARY PRETTY, GARY E.
PRETTY, GARY ELGIN PRETTY, JR.,
GARY PRETTY, JR.
ROXANNE L. PRETTY                CHAPTER 13
AKA: ROXANNE PRETTY,
ROXANNE LENORE PRETTY

          Debtor(s)                    CASE NO: 5-19-03840-RNO

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
          Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>Courtroom #2<br>197 S. Main Street<br>Wilkes Barre, PA | Date: April 1, 2020<br><br>Time: 09:30 AM |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

                                                                                         Charles J. DeHart, III, Trustee
                                                                                        8125 Adams Drive, Suite A
                                                                                        Hummelstown, PA   17036
                                                                                        Phone:  (717) 566-6097
                                                                                        Email:  dehartstaff@pamd13trustee.com

Dated:  February 20, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: GARY E. PRETTY, JR.
AKA: GARY PRETTY, GARY E. PRETTY,
GARY ELGIN PRETTY, JR., GARY PRETTY,
JR.
ROXANNE L. PRETTY AKA: ROXANNE
PRETTY, ROXANNE LENORE PRETTY     CHAPTER 13

           Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE     CASE NO: 5-19-03840-RNO
           Movant

GARY E. PRETTY, JR.
AKA: GARY PRETTY, GARY E. PRETTY,
GARY ELGIN PRETTY, JR., GARY PRETTY,
JR.
ROXANNE L. PRETTY AKA: ROXANNE
PRETTY, ROXANNE LENORE PRETTY

           Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 20, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

TULLIO DeLUCA, ESQUIRE     Served electronically
381 N 9TH AVENUE
SCRANTON, PA 18504-

United States Trustee     Served electronically
228 Walnut Street
Suite 1190
Harrisburg, PA 17101

GARY E. PRETTY, JR.     Served by 1st Class Mail
13 BROADWAY RD.
SWEET VALLEY, PA 18656-

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 20, 2020     Respectfully,
    Vickie Williams
    for Charles J. DeHart, III, Trustee
    Suite A, 8125 Adams Dr.
    Hummelstown, PA 17036
    Phone: (717) 566-6097
    eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: GARY E. PRETTY, JR.
AKA: GARY PRETTY, GARY E. PRETTY, GARY ELGIN PRETTY, JR., GARY PRETTY, JR.
ROXANNE L. PRETTY
AKA: ROXANNE PRETTY, ROXANNE LENORE PRETTY
    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

GARY E. PRETTY, JR.
AKA: GARY PRETTY, GARY E. PRETTY, GARY ELGIN PRETTY, JR., GARY PRETTY, JR.
ROXANNE L. PRETTY
AKA: ROXANNE PRETTY, ROXANNE LENORE PRETTY
    Respondent(s)

CHAPTER 13

CASE NO: 5-19-03840-RNO

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.