UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              :
GARY AND ROXANNE PRETTY            :        CHAPTER 13
                        Debtors.   :
*****************************************************************************
WILMINGTON TRUST, NATIONAL         :
ASSOCIATION, NOT IN ITS            :
INDIVIDUAL CAPACITY, BUT SOLELY    :
AS TRUSTEE FOR MFRA TRUST 2015-2   :
                        Movant,    :
                                   :
        vs.                        :
GARY AND ROXANNE PRETTY            :        CASE NO. 5-19-03840
                        Respondents. :
*****************************************************************************

### DEBTORS' ANSWER TO MOTION FOR RELIEF FROM
### AUTOMATIC STAY UNDER SECTION 362

*****************************************************************************

AND NOW COMES, Gary and Roxanne Pretty, the Debtors, and files an Answer to Movant's Motion for Relief From the Automatic Stay:

1.      Gary and Roxanne Pretty (hereinafter the "Debtors") filed a Chapter 13 bankruptcy proceeding with the U.S. Bankruptcy Court for the Middle District of Pennsylvania.

2.      Movant alleges that Debtors have failed to make post-petition mortgage payments.

3.      Debtors counsel is in the process of contacting the Debtors to ascertain if said payments have been made and/or if the Debtors are in possession of the payments.

4.      Movant is not entitled to relief from the automatic stay as the arrearage amount due has been paid or shall be paid through the Chapter 13 Plan, and/or a six (6) month Stipulation, and, therefore, the Movant is adequately protected.

WHEREFORE, the Debtors  respectfully request that Movant's Motion for Relief from the Automatic Stay be denied.

Respectfully submitted,


Date: April 29, 2020                     /s/Tullio DeLuca
                                         Tullio DeLuca, Esquire
                                         PA ID# 59887
                                         381 N. 9th Avenue
                                         Scranton, PA  18504
                                         (570) 347-7764

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                              :
GARY AND ROXANNE PRETTY              :          CHAPTER 13
                          Debtors.              :
********************************************************************************
WILMINGTON TRUST, NATIONAL         :
ASSOCIATION, NOT IN ITS                   :
INDIVIDUAL CAPACITY, BUT SOLELY   :
AS TRUSTEE FOR MFRA TRUST 2015-2   :
                          Movant,              :
                                                      :
                                                      :
       vs.                                         :
GARY AND ROXANNE PRETTY              :          CASE NO. 5-19-03840
                     Respondents.   :

********************************************************************************
**CERTIFICATE OF SERVICE**
********************************************************************************
The undersigned hereby certifies that on April 29, 2020, he caused a true and correct copy

of Debtor's Answer to Movant's Motion for Relief from the Automatic Stay to be served Via First

Class United States Mail, Postage Pre-paid in the above-referenced case, on the following:

Charles J. DeHart, III, Esq. at dehartstaff@ramapo.com


Kaitlin Shire, Esq. at kshire@hillwallack.com


Dated: April 29, 2020                          /s/Tullio DeLuca
                                                      Tullio DeLuca, Esquire