United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Gary E. Pretty, Jr.  
Roxanne L. Pretty  
    Debtor(s)

Case No. 19-03840-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2  
Date Rcvd: Dec 03, 2020     Form ID: ordsmiss     Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gary E. Pretty, Jr., Roxanne L. Pretty, 13 Broadway Rd., Sweet Valley, PA 18656-2315 |
| 5244315 | + | AAS Debt Recovery, Inc., P.O. Box 129, Monroeville, PA 15146-0129 |
| 5244317 | ++ | APRIA HEALTHCARE, 1340 SOUTH HIGHLAND AVENUE, JACKSON TN 38301-7369 address filed with court:, Apria Healthcare, 1328 S. Highland Ave., Jackson, TN 38301-7369 |
| 5244316 | + | Allied Services, Attn: Kelly Haffner, Collection Coordina, 100 Abington Executive Park, Clarks Summit, PA 18411-2260 |
| 5244318 | + | CFSI, 245 Main St., Dickson City, PA 18519-1641 |
| 5244321 | + | Fay Servicing, LLC, P.O. Box 809441, Chicago, IL 60680-9441 |
| 5259459 | + | First National Bank of Pennsylvania, c/o AAS Debt Recovery Inc, 2526 Monroeville Blvd Suite 205, Monroeville PA 15146-2371 |
| 5244322 | + | First National Bank of Pennsylvania, 4140 East State St., Hermitage, PA 16148-3401 |
| 5244326 | + | Geisinger Health System, 100 North Academy Ave., Danville, PA 17822-0001 |
| 5244327 | + | KML Law Group, P.C, Suite 5000, BNY Mellon Independence Ctr., 701 Market St., Philadelphia, PA 19106-1541 |
| 5244328 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5244329 | | Liberty Mutual, P.O. Box 8090, Wausau, WI 54402-8090 |
| 5244331 | + | Northeastern Rehabilitation Associates,, 5 Morgan Hwy., Suite 4, Scranton, PA 18508-2641 |
| 5267235 | + | Wilmington Trust, National Association, et al, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5244319 | + | EDI: CCS.COM | Dec 04 2020 00:03:00 | Credit Collection Service, 725 Canton St., Norwood, MA 02062-2679 |
| 5244320 | + | EDI: CCS.COM | Dec 04 2020 00:03:00 | Credit Collection Services, P.O. Box 607, Norwood, MA 02062-0607 |
| 5244324 | | Email/Text: bankruptcynotification@ftr.com | Dec 03 2020 19:21:00 | Frontier Communications, Bankruptcy Dept., 19 John St., Middletown, NY 10940 |
| 5244323 | | EDI: AMINFOFP.COM | Dec 04 2020 00:03:00 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 5244330 | + | Email/Text: Bankruptcies@nragroup.com | Dec 03 2020 19:21:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5244332 | + | EDI: AGFINANCE.COM | Dec 04 2020 00:03:00 | OneMain Financial Bankruptcy Dept., P.O. Box 6042, Sioux Falls, SD 57117-6042 |
| 5244334 | | Email/Text: amieg@stcol.com | Dec 03 2020 19:20:00 | State Collection Service, P.O. Box 6250, Madison, WI 53701 |
| 5244335 | | Email/Text: amieg@stcol.com | Dec 03 2020 19:20:00 | State Collection Service, Inc., 2509 S. Stroughton Rd., Madison, WI 53716 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5244325 | *+ | Gary E. Pretty, Jr., 13 Broadway Rd., Sweet Valley, PA 18656-2315 |
| 5244333 | *+ | Roxanne L. Pretty, 13 Broadway Rd., Sweet Valley, PA 18656-2315 |
| 5244336 | ##+ | The Credit Bureau of Wellsboro, 11 Cherry St., Wellsboro, PA 16901-1349 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2020          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-2 bkgroup@kmllawgroup.com |
| Kaitlin Shire | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-2 kshire@hillwallack.com, skenny@HillWallack.com;lharkins@hillwallack.com |
| Tullio DeLuca | on behalf of Debtor 1 Gary E. Pretty Jr. tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 2 Roxanne L. Pretty tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Gary E. Pretty Jr., <br> aka Gary Elgin Pretty Jr., aka Gary Pretty Jr., aka Gary Pretty, aka Gary E. Pretty, <br><br> **Debtor 1** <br><br> Roxanne L. Pretty, <br> aka Roxanne Lenore Pretty, aka Roxanne Pretty, <br><br> **Debtor 2** | Chapter 13 <br><br> Case No. 5:19−bk−03840−RNO |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: December 3, 2020

By the Court,

*Robt N. Opel II* (signature)

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: CourtneyWojtowicz, Deputy Clerk

ordsmiss (05/18)